ASSOCIATED FACTORIES, INC., Respondent, v. GENERAL ELECTRIC COMPANY, Appellant, Impleaded with Another.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Cohn and Callahan, JJ.

LEOPOLD WEILL, as Executor, etc., of BERNARD SCHWARTZ, Deceased, Appellant, v. THIRD AVENUE RAILWAY COMPANY, Respondent.— Order, so far as appealed from, unanimously modified by allowing items 4, 5, 6 and 7 of the notice of motion, and by providing that the order is without prejudice to a new motion upon a clear showing that no witness to the accident will be available at the trial. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of Supplementary Proceedings: HEATING AND PLUMBING FINANCE CORPORATION, Judgment Creditor, Respondent, v. RALPH H. SLEICHER, Judgment Debtor. ELLA S. VAIL, Third Party, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

FRANK P. FRALLI, as Receiver of the Property and Business of MODESTO BERARDINI and Others, Executors and Trustees, etc., of MICHAEL BERARDINI, Deceased, and of MICHAEL BERARDINI and Others, Special Administrators, etc., of Said MICHAEL BERARDINI, Deceased, Conducting the Business of Private Banking under the Name of M. Berardini, Bankers, Boston, Massachusetts, Respondent, v. BANCA COMMERCIALE ITALIANA TRUST COMPANY, Appellant, Impleaded with Others.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

WALTER H. GOLDE, Appellant, v. EDITH SULLIVAN GOLDE, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Townley, Untermyer, Cohn and Callahan, JJ.

CHARLES GROSSMAN, as Trustee under Clause Fourth of the Last Will and Testament of BELLE JACOBS, Deceased, Appellant, v. SADIE FUCHS and Others, Defendants. WALTER BURG, Receiver, Respondent.— Order unanimously modified by striking out the provision requiring the plaintiff to pay the receiver $200.67 deficit, the receiver's commissions of fifty dollars and the attorney's fee of fifty dollars, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

MILTON J. GORDON, Respondent, v. THE HOME INSURANCE COMPANY and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.